United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EFINANZAS, S.A.S.,
*Plaintiff,*

V.

DISHA ROY, ET AL.,
*Defendants.*

CIVIL ACTION NO. 4:22-cv-0911

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 30, 2022 (ECF 38) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. The Clerk's Entry of Default against Defendant Brandon Johnatohn Roy (ECF 29) is **VACATED**. Brandon Jonathon Roy shall file his Answer to the Complaint within 7 days of entry of this Order.

**SIGNED** at Houston, Texas this 14th day of September, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE