United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| EFINANZAS, S.A.S.., *Plaintiff,* § | |
| V. § | CIVIL ACTION NO. 4:22-cv-0911 |
| DISHA ROY, , ET AL., *Defendants*. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 21, 2022 (ECF 49), and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and BJ Roy's Motion to Dismiss Pursuant to Rule 12(b)(1) (ECF 42) is **DENIED**.

**SIGNED** at Houston, Texas this ___9th___ day of November, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE