United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EFINANZAS, S.A.S., | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22cv0911 |
| | § | |
| DISHA ROY, ET AL., | § | |
| *Defendants.* | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 16, 2024 (Dkt. 105) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SIGNED** at Houston, Texas this ___6th___ day of September, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE